1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOSHUA A. SLIKER, ESQ
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com

J. MELISSA WOODS*
N.C. State Bar No. 21313
FLORENCE THOMPSON*
N.C. State Bar No. 55195
200 South College Street
Suite 1550, 15th Floor
Charlotte, North Carolina 28202
Telephone: (980) 465-7237
Email: melissa.woods@jacksonlewis.com
Email: florence.thompson@jacksonlewis.com

*PRO HAC VICE APPLICATION FORTHCOMING

*Attorneys for Defendant Facility Concessions Services*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **ALEXANDER OCASIO,**<br><br>**Plaintiff,**<br><br>v.<br><br>**FACILITY CONCESSIONS SERVICES d/b/a SPECTRUM CONCESSIONS, JANE AND JOHN DOE UNKNOWN INDIVIDUALS OR ENTITIES,**<br><br>**Defendants.** | Case # 2:22-cv-02032-CDS-VCF<br><br>**DEFENDANT FACILITY CONCESSIONS SERVICES, LLC'S CERTIFICATE OF INTERESTED PARTIES** |

The undersigned attorney of record certifies the following may have a direct, pecuniary interest in the outcome of this case:

- Spectrum Concessions, LLC.

- Facility Concessions Services, LLC formerly Facility Concession Services, Inc. ("FCS").

- OVG Business Services, LLC, the parent company of FCS.

- OVG Business Services Intermediate Holdings, LLC, the parent company of OVG Business Services, LLC.

- OVG Business Services Holdings, LLC, the parent company of OVG Business Services Intermediate Holdings, LLC.

- Oak View Group, LLC, the parent company of OVG Business Services Holdings, LLC.

- OVG Holdings, LLC, the parent company of Oak View Group, LLC.

- SLP V Olympian Aggregator, L.P., the parent company of OVG Holdings, LLC.

FCS certifies no publicly held corporation owns 10% or more of its stock.

These representations are made to enable judges of the court to evaluate possible disqualification or recusal.

Dated this 3rd day of April, 2023.

JACKSON LEWIS P.C.

/s/ Joshua A. Sliker
JOSHUA A. SLIKER, ESQ
Nevada Bar No. 12493
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

J. MELISSA WOODS*
N.C. State Bar No. 21313
FLORENCE THOMPSON*
N.C. State Bar No. 55195
200 South College Street
Suite 1550, 15th Floor
Charlotte, North Carolina 28202

*PRO HAC VICE APPLICATION
FORTHCOMING

*Attorneys for Defendant Facility Concessions Services*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Jackson Lewis P.C., and that on this 3rd day of April, 2023, I caused to be served via the Court's CM/ECF filing service, a true and correct copy of the above foregoing **DEFENDANT FACILITY CONCESSION SERVICES, LLC'S CERTIFICATE OF INTERESTED PARTIES** properly addressed to the following:

Alexander Ocasio
6500 West Charleston Boulevard, #447
Las Vegas, NV 89146
*Pro Se Plaintiff*

/s/ Kelley Chandler
Employee of Jackson Lewis P.C.