**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

Alexander Ocasio,

            Plaintiff(s),

v.

Facility Concession Services,

            Defendant(s).

2:22-cv-02032-CDS-VCF

**ORDER**

Before the Court are the motion to extend time to respond to plaintiff's amended complaint (ECF No. 16), the motion to extend time to file proposed discovery plan (ECF No. 21), and the motion for leave to e-file in pacer (ECF No. 22).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on the motion to extend time to respond to plaintiff's amended complaint (ECF No. 16), motion to extend time to file proposed discovery plan (ECF No. 21), is scheduled for 11:00 AM, June 27, 2023, in Courtroom 3D.

IT IS FURTHER ORDERED that the motion for leave to e-file in pacer (ECF No. 22) is GRANTED.

Plaintiff Ocasio must review part IC of the Local Rules (www.nvd.uscourts.gov) on electronic filing of court documents and contact the Clerk's office (702-464-5400) for Pacer account set-up.

DATED this 8th day of June 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE