**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

Alexander Ocasio,

        Plaintiff(s),

v.

Facility Concession Services D/B/A Spectrum Concessions, Jane and John Doe, 100 Unknown Individuals or Entities,

        Defendant(s).

2:22-cv-02032-CDS-VCF

**ORDER**

Before the Court is defendant Facility Concessions Service, LLC's (1) motion to allow J. Melissa Woods, Esq. to attend hearing by remote means and (2) motion to shorten time for decision (ECF NO. 26 and 27).

Accordingly,

IT IS HEREBY ORDERED that any opposition to defendant Facility Concessions Service, LLC's (1) motion to allow J. Melissa Woods, Esq. to attend hearing by remote means and (2) motion to shorten time for decision (ECF NO. 26 and 27), must be filed on or before June 20, 2023.

DATED this 14th day of June 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE