**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| Alexander Ocasio,<br><br>                    Plaintiff(s),<br><br>v.<br><br>Facility Concession Services D/B/A Spectrum Concessions, Jane and John Doe, 100 Unknown Individuals or Entities,<br><br>                    Defendant(s). | 2:22-cv-02032-CDS-VCF<br><br>**ORDER** |

      Before the Court is defendant Facility Concessions Service, LLC's (1) motion to allow J. Melissa Woods, Esq. to attend hearing by remote means and (2) motion to shorten time for decision (ECF NO. 26 and 27).

      No opposition has been filed and the time to file any opposition has passed.

      Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

      Here, it seems as though plaintiff has consented to the granting of the instant motions.

      Accordingly,

      IT IS HEREBY ORDERED that defendant Facility Concessions Service, LLC's (1) motion to allow J. Melissa Woods, Esq. to attend hearing by remote means and (2) motion to shorten time for decision (ECF NO. 26 and 27), are GRANTED. J. Melissa Woods, Esq. may appear by video conference at the June 27, 2023 hearing.

      IT IS FURTHER ORDERED that J. Melissa Woods, Esq. must email Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, June 26, 2023.

1    IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

2    INSTRUCTIONS FOR THE VIDEO CONFERENCE

3    Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing

4 to the participants email provided to the Court.

5    • Log on to the call ten (10) minutes prior to the hearing time.

6    • Mute your sound prior to entering the hearing.

7    • Do not talk over one another.

8    • State your name prior to speaking for the record.

9    • Do not have others in the video screen or moving in the background.

10    • No recording of the hearing.

11    • No forwarding of any video conference invitations.

12    • Unauthorized users on the video conference will be removed.

15    DATED this 21st day of June 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE