# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| ALEXANDER OCASIO,<br><br>    Plaintiff,<br><br>v.<br><br>FACILITY CONCESSION SERVICES D/B/A SPECTRUM CONCESSIONS, JANE AND JOHN DOE, 100 UNKNOWN INDIVIDUALS OR ENTITIES,<br><br>    Defendants. | 2:22-cv-02032-CDS-VCF<br>**<u>ORDER</u>** |

  Before the court is plaintiff's response to order to show cause (ECF No. 35).

  Accordingly,

  IT IS HEREBY ORDERED that the in-person show cause hearing, scheduled for 11:00 AM, July 24, 2023, is converted into a video conference hearing.

  IT IS FURTHER ORDERED that Alexander Ocasio must appear at the scheduled video conference hearing at 11:00 AM, July 24, 2023.

  IT IS FURTHER ORDERED that counsel/the parties must email the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by July 21, 2023.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

The Court Clerk is directed to mail and email a copy of this order to Alexander Ocasio at the following address:

Alexander Ocasio
4650 N Rainbow Boulevard, Ste 2155
Las Vegas, NV 89108
Email: alexanderocasio1@gmail.com

DATED this 17th day of July 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE