UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER OCASIO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FACILITY CONCESSION SERVICES,<br><br>　　　　Defendant. | Case No. 2:22-cv-02032-CDS-VCF<br><br>**ORDER** |

　　　　The parties were ordered to submit a confidential written early neutral evaluation statement to the undersigned's box in the Clerk's Office no later than 3:00 P.M. on July 20, 2023. Docket No. 23 at 3. To date, Plaintiff has not submitted his confidential written evaluation statement. Plaintiff is **ORDERED** to submit his confidential written evaluation statement to the undersigned's box in the Clerk's Office no later than 1:00 P.M. on July 25, 2023.[1]

　　　　IT IS SO ORDERED.

　　　　Dated: July 20, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The Clerk's Office is **INSTRUCTED** to strike the filing at Docket No. 37.