AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Alexander Ocasio

                Plaintiff,

v.

Facility Concession Services

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-02032-CDS-MDC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Defendant, Facility Concession Services, and against Plaintiff, Alexander Ocasio. Case closed.

01/17/2024
Date

DEBRA K. KEMPI
Clerk

/s/ A. Zamora
Deputy Clerk